Lauck √



FILED
DEC 29 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number __3:16cv1005__
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I.  **PARTIES**

A.  Plaintiff:

1.  (a) __Sundari K Anasa__ (Name)    (b) __39833__ (Inmate number)

    (c) __PO Box 7609__ (Address)    B) Sheamus D.A. Nelson-Pruscott II

    __Portsmouth, VA 23707__    PO Box 7609
    Portsmouth VA 23707

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B.  Defendant(s): ~~Tranosborterr Trooper~~
                    Sgt
1.  (a) __Sgt Ellis, McCabe__ (Name)    (b) __Hernando deGracis__ (Title/Job Description)
    HRRJ                                  Director of G Jail

    (c) __2510 Elmhurst Rd__ (Address)

    __Portsmouth VA 23701__

RECEIVED
DEC 21 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2

2. (a) __Carolyn D Nelson__ (b) __Human Trafficking Retired Counselor__
   (Name) (Title/Job Description)

   (c) __507 Greenmeadow Terrace__
   (Address)

   __Mechlothian, VA 23114__

3. (a) __Viviene B Crook__ (b) __Human Trafficking Retired Administrator__
   (Name) (Title/Job Description)

   (c) __507 Greenmeadow Terrace__
   (Address)

   __Mechlothian, VA 23114__    Continued on other page

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.

II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [X] No [ ] — __Defendants removed__

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit: __- They were removed -__

   Plaintiff(s) __Sunnoni K Prasad__

   Defendant(s) __Carolyn D Nelson, Viviene B Crook -__
   __They were removed from case__

   2. Court (if federal court, name the district; if state court, name the county):
   __US Eastern District, Chesterfield Circuit__

   3. Date lawsuit filed: __1/6/15__

   4. Docket number: __3:16-CV040-MHC-RCY, CJ15C-179__

3

B. Parties:

4) Bailey Davis / Jon Sorell
   Hamilton Lee Hendrix                    Chinese Koreans -
   Sharon Marie Lewis-Davis                Korean / Caucasian /
   Gloria Dale Lewis Sorell                psychological abuse,
   Monica Vick / McCabe                    physical abuse, human
   Jennifer Bernardi                       trafficking of her & son
   2) Tauber Drive
   Hampton, VA 23666

5) Gov T McAuliffe                         State of VA was lused as
   Patrick Henry Bldg.                     several scuts & McAuliffe as a
   1111 East Broad ST                      (friend of Hendrix/McCabe only) acted
   Richmond, VA 23219                      to hinder Davis & cases & make situations
                                           worse by not answering (see letters sent)

6) Southern Poverty Law Center
   c/o Ku Klux Klan / knights of Klan      Hendrix/Vick hate groups he called
   Aryan nation                            or help & got help (own through
   Neo-nazis                               social media · as cults &
   400 Washington Ave                      misplaced support from
   Montgomery AL 36104

7) Lady Liberty League & Witchvox
   c/o Selena Fox                          Davis is first (Gwenn / Yvonne)
   PO Box 9                                youngest of women on (Vref)
   Barneveld WI 53507                      students & also in succession - she
                                           asked for help from group & they
                                           agreed but then backed out after
                                           they found out she was Black/mixed

8) Church of Satan
C/o Covey, Anton
1415 W. Cary St
Richmond, VA 23220

9) Jon. D. Headlee & Redding Factory,
Kelly Lord, Maserini Max
Finneran WUE,
Bobbi Billiard, Evil Empire Inc
C/o 8484 Wilshire Blvd
#950
Beverly Hill, CA 90211

10) Red Wheel Weisen
C/o Sanguinarium (who is)
M. Belanger
Father Sebastian
And Mr. Konstantinos
550 Third St Suite 230
San Francisco, CA 94110

11) Facebook Inc
C/o Mark Zuckerberg
1374 Willow Rd
Menlo Park, CA 94025

12) David Arnold Carpenter
Jane Cavanaugh (Michele)
4225 RT 17 #21
Yorktown, VA

Sean Hann / Hurst
Conspirators to harass/confirm
to destroy rights of Prasad &
harass Lee & Lee Son. Headlee &
Redding Factory claim they are on
terrorist lists of US govt as per NSA
IC3 forms repeatedly to no avail - Lee
has also said on social media.
Prasad administered / asked for
help -

perpetuated dissemination of hate,
despite protective & gag orders that
were sent to warn them of case &
allowed Hendrix, Vick et al to
continue posting & abusing Lee &
harming Prasad & Son thru social
media

5. Name of Judge to whom case was assigned: _____
   N/A

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?):
   N/A

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: _____
   Hampton Roads Regional Jail

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [ ]

C. If your answer to "B" is Yes:

   1. Did you file a grievance based on this complaint? Yes [X] No [ ]
   2. If so, where and when: Lt. McCabe, Sgt Ellis - Constantly - threw ed officers see/written down w/ McCabe
   3. What was the result? She ignored me. Says she does not want to get involved & refuses to assist even with magistrate to get charges placed
   4. Did you appeal? Yes [X] No [ ]
   5. Result of appeal: Nothing - she ignores me, or puts everything off. Dee White - trouble & McAfee-trouble, went to Sgt Ellis - who does nothing. Well - McCabe put me in need

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [X] No [ ] - They stopped all my depression & anxiety & diabetes medications!
   If your answer is Yes, what steps did you take? EFA Rpted to McCabe and he got very angry & passive aggressive w/ me

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: McCabe stopped my diabetes/anxiety/depression meds - told me cuss - he refused to feed me on time, kept hst break - pushing my buttons, aggravating/harassing me, denying my rights, I'm vegan & he fed me meat & refused me vegan trays & gave me spoiled bags of food or small bags to retaliate

4

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

McCabe/ Sgt Ellis is internal affairs at the jail. She refuses to help me with anything at the jail due to my [grandpa?] stating I am "mentally ill". I might have mentioned her before - but my mother and aunt won't assist as well. Neither will the magistrate. It takes a year to file charges and they won't even allow me to file them - and then McCabe was also Vick's brother-in-law ex(brokers) so there is nepotism in me being held at the jail according the inmates here that are friends with Vick - that told me messages and harass me. I have requested [several?] times to move from this jail as As-SE had [other?] paralegal on my own case - but they ignore me and do not afford me the [rights?] that I need and the rights to be safe. E. all my rights/[amendments?] are [kept?] under Section 9 of the VA Constitution. Please see page 7 ([plus also?] see the criminal way McCabe acted in retaliation)

Which is clearly to me -

I'm sure but very hard as it's directly [injured?] this case -

Thanks

Statement of the Chair                                    Page 2 - Proved

    For my criminal custody case against my ex Hendrix/ pre-incarceration & also for this case - I reached out for help to several Federally & State/ classally funded organizations & even international groups & clubs that specified that they could & would help - that for several reasons - Racism being the main one, Sexism, classism & others - they refused to - still accepted State/ Local/ gvt funding and then incited violence (Social media, Local, Twitter, printed media, Etc) and made the case xxxx worse - Even causing me physical, emotional damage & battery & abuse & the same of my child - Even at a sexual level. It is for this reason that I am naming the following groups/organizations/institutions to be cults that incite violence & perpetuate racism, sexism, classism, elitism, & ignorance by denying me assistance & my own constitutional rights that I earned & my father fought for & upheld as CIA by treating me & my son up when they promised to offer assistance but did not. Some of these include artist groups that I was a part of as a writer as well and my Class Sixism - cultural - religious lines - and I understand that there is a separation of church and state - but even establishing a religion - / org of incitement of violence is incurred in this religion that includes inciting others to murder, rape, torture, sexually abuse & molest children, etc. Then it should be considered a cult. Organized religion itself has been argued this way for centuries, however, it's too big a topic this case.

    Paganism / Xtianity is a cult, not a religion
    If I do not list everyone on this gov- & file suit or accuse "cult" or organization that I personally visited on site - circles

Prasad Page 3      Statement of Claim

that was messed up that I had to correct but is now a totally different issue! Then they will state message on me and everyone that they want me ch/ left on this case (also listed on original that were notified and this one) So, you have to file this as they are screwing me etc. These people are, in effect, holding me & my son hostage through the state legal system & jail system & through social media manipulation of the suits in circumstances to create

— "HELTER SKELTER" —    hate/racial discrimination etc —

with the cults & people.

Sean Kahn → on right hand "HELTER SKELTER" & bag of crack

Hockey "VA" on chest w/ Freddie Krueger - Claiming he was always going to "destroy VA" & bag of crack on hand

etc, etc, etc.

I have to pay for her — and even though I cannot afford them & if you do not file this case I fear for the safety of not only myself - but my son as well. I have already had surgery consultation with them, it pains me to do so as (even you may think that I am insane if I do not, which I haven't is HIPPA violation & the fact that I have to send this for your review so that you won't throw this out is detestable, but I have to —

S Prasad #39833      S Prasad
HCCT      Pro-Se/ Pauper
PO Box 7009
Portsmouth, VA 23707

(margin note: Chatter lingos)

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. ___SLP___ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

✓ Award money damages in the amount of $ _727 billion dollars in well/in advance_

✓ Grant injunctive relief by _full custody awarded of my son to me extradition & asylum out the US due to circumstances of well being awarded of me & my son due to circumstances_

✓ Other _full benefits awarded from all other cases & all benefits (von Osterich, wic, ssiw, etc in advance, change of identity for me & son)._

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Hampton Roads Regional jail_
_2690 Elmhurst Lane_
_Portsmouth, VA 23701_

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge: Yes [ ] No [✓]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _17th_ day of _December_, 20 _16_.

Plaintiff _SL Prescod_

⊗ _SPrescod_ - Sleanus Prescod - mother signs for son

* Japan, China - or any other country that is anti-US - as my case for this place due to all my incident has waved dramatically - and my father was CIA - Green Beret, etc - Purple Heart - is this how you treat us here?! I want to be safe & away from you nuts!!